IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON CONTRERAS, | No. 2:23-CV-1022-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' request, ECF No. 4, for screening of Plaintiff's complaint, which was originally filed in state court and removed to this Court. Defendants' request is granted. The Court will address the sufficiency of Plaintiff's complaint, as required under the Prison Litigation Reform Act, by separate order.

IT IS SO ORDERED.

Dated: October 19, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1