IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON CONTRERAS,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | No.  2:23-CV-1022-DJC-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to opt-out of the Court's Early Alternative Dispute Resolution Program.  See ECF No. 25.  Good cause appearing therefor based on counsel's declaration indicating that a settlement conference would not be fruitful at this time because counsel does not assess the case to have early settlement potential, Defendants' motion will be granted.  By separate order, the Court will set a schedule for this litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

  Accordingly, IT IS HEREBY ORDERED as follows:

  1. Defendants' motion to opt-out of the Court's Early Alternative Dispute Resolution Program, ECF No. 25, is GRANTED.

  2. The settlement conference set before Hon. Jeremy D. Peterson on October 1, 2024, at 10:00 a.m., is VACATED.

  3. The stay of proceedings imposed on March 18, 2024, is LIFTED.

Dated:  September 10, 2024

              DENNIS M. COTA
              UNITED STATES MAGISTRATE JUDGE