1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RAMON CONTRERAS,                        No.  2:23-CV-1022-DJC-DMC-P

12                    Plaintiff,

13           v.                               ORDER

14    JEFF MACOMBER, et al.,

15                    Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19    pursuant to Eastern District of California local rules.

20          On August 6, 2024, the Magistrate Judge filed findings and recommendations

21    herein which were served on the parties, and which contained notice that the parties

22    may file objections within the time specified therein.  Timely objections to the findings

23    and recommendations have been filed.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25    304(f), this Court has conducted a *de novo* review of this case.  Having carefully

26    reviewed the entire file, the Court finds the findings and recommendations to be

27    supported by the record and by proper analysis.

28    / / /

                                           1

1    Accordingly, IT IS HEREBY ORDERED as follows:

2    1.    The findings and recommendations filed August 6, 2024, ECF No. 22,

3    are adopted in full.

4    2.    Plaintiff's motion for injunctive relief, ECF No. 8, is DENIED.

5    3.    This matter is referred back to the assigned Magistrate Judge for further

6    proceedings.

7

8    IT IS SO ORDERED.

9    Dated:    **September 27, 2024**

10   Hon. Daniel J. Calabretta
     UNITED STATES DISTRICT JUDGE

2