**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RAMON CONTRERAS,

Plaintiff,

v.

JEFF MACOMBER, et al.,

Defendants.

No. 2:23-cv-1022-DJC-ICD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Defendants' motion for an extension of time to file dispositive motions, ECF No. 43; (2) Plaintiff's motions for an extension of time to file an opposition to Defendants' motion for summary judgment, ECF Nos. 45 and 47; and (3) Plaintiff's motion to consider Exhibit C filed in support of his opposition to Defendants' motion for summary judgment, ECF No. 50.[1]

Good cause appearing, the parties' motions for extensions of time are granted. Plaintiff's motion to consider Exhibit C is also granted to the extent Exhibit C has been entered on the Court's docket as part of Plaintiff's opposition brief filed at ECF No. 48 and the Court will consider this exhibit in ruling on Defendants' motion for summary judgment, which will be addressed by separate findings and recommendations.

/ / /

/ / /

/ / /

/ / /

[1] Also before the Court and addressed separately is Plaintiff's motion for reconsideration, ECF No. 42, of the Court's March 24, 2026, order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion for an extension of time, ECF No. 43, is GRANTED.

2. Defendants' motion for summary judgment, ECF No. 44, filed on August 6, 2026, is deemed timely.

3. Plaintiff's motions for an extension of time, ECF Nos. 45 and 47, are GRANTED.

4. Plaintiff's opposition brief, ECF No. 48, filed on September 29, 2026, which includes Exhibit C, is deemed timely.

5. Plaintiff's motion for the Court to consider Exhibit C, ECF No. 50, is GRANTED.

Dated: October 29, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE